- 3 -

# Schedule "A"
# Defendants With Store Name and Seller ID

| Def. No. | Defendant/ Amazon Store Name | Amazon Seller ID | Amazon ASIN |
|---|---|---|---|
| 1 | Go Well | A1EI53ECSEE358 | B07MLH1W35 |
| 2 | Ahui | A3U2CPCPJ050N8 | B07TX92ZNQ |
| 3 | Center Sport Life | ANNI75IPFOMB8 | B07MLH29KL |
| 4 | Clever Market | A2G8CPMFVS1839 | B07MLH29KL |
| 5 | Cube Store | A4KLC6JANYKEQ | B07TRQBNVJ |
| 6 | Essentialstore | A3TGAHL4LATVYC | B07S3V85B7 |
| 7 | LeshionLife | AQZVMFU5EDRRJ | B07MXNNPXV |
| | | | |
| 9 | Mansgoods | A3LGEKSF23N94S | B07VJ5JDMY |
| 10 | Matfapero | ATCV9G5EHHD4B | B07WMNVQHQ |
| 11 | Moonia No. 1 Store | A1NT1LLAH3SCVB | B07QR1V93V |
| 12 | MS Hong | A1MQ17GQ2699WZ | B07S4FY7HM |
| 13 | Niuworld | A3DOF2HOZYWW1W | B07QXDB4YV |
| 14 | Pounce'n' Play shop | A23EEJ69XLPF6I | B07S9SSVT3 |
| 15 | Solclair | A3CE0WUVA70I2S | B07QQLM9V8 |
| 16 | Very Happy Shop | AYRFLCGTWYPMK | B07KVF9CTZ |
| 17 | WJASI | A2BLL18GQ2VK41 | B07SSXM6FK |
| 18 | Yaslin | AOTR5BEXCZ5V6 | B07MWWVZ69 |
| 19 | Yiwu Lanjie Trading Co., Ltd. | A6LZWYNZ7QGCD | B07RJTXGJ3 |